UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | CASE NO. CR F 08-0338 LJO |
| Plaintiff, | **ORDER ON CERTIFICATE OF APPEALABILITY** (Doc. 94) |
| vs. | |
| DANIEL SALINAS, | |
| Defendant. | |

The Ninth Circuit Court of Appeals remanded this matter for consideration of a certificate of appealability ("COA"). This Court references the Ninth Circuit to this Court's March 15, 2013 order (doc. 89), at page 4, line 4 where this Court denied a COA. This Court CONFIRMS its COA denial.

IT IS SO ORDERED.

Dated: __October 25, 2013__          __/s/ Lawrence J. O'Neill__
                                     UNITED STATES DISTRICT JUDGE